RE: Eduardo Antonio Ramirez            **PRO SE**            Case # 17-17272  LMI

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

- ___ Tax returns:
- ✔ Bank Account Statements    3 months pre-petition #0634 (3/9-3/31/17)
- ___ Check copy
- ✔ Explain W/D  4/18 $1300 & 6/26 $1000
- ___ FMV(NADA/Carmax), Reg and Payoff:Vehicles
- ✔ FMV and Payoff: Real Estate
- ___ Non homestead Information Sheet
- ___ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
- ___ BDQ & attachments    Profit & Loss    Balance Sheet
- ___ Bank statements and checks    3 months

- ___ Photo ID(s)    LF 90    LF67    LF10
- ___ Domestic Support Info: name address and phone
- ✔ Affidavit of Support
- ___ Other provisions
- ___ Plan does not fund
- ___ Calculation errors/improper months
- ✔ Valuation motion has not been filed
- ___ LMM/MMM motion not filed
- ___ Reaffirm, redeem or surrender Sch D & G creditor
- ___ Creditor on plan not listed in Schedules or no filed POC
- ___ Priority debt on Sch E not in plan
- ___ Object or Conform to Proof of Claim
-     Miami-Dade County    Tax Certificate(DE#___)
-     ___ Dept of Revenue    ___ IRS
- ___ Other:

Reviewed documents received prior to 7/14/2017
(Do not "resend" late documents without first calling the Trustee's office)

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors.

> NOTICE:  Each debtor(s) is required to appear at the meeting of creditors with an original social security card and government issued photographic identification card.  Each debtor must complete a written questionnaire prior to the meeting of creditors which will become part of their testimony.  This questionnaire must be handed to the Trustee or her staff attorney prior to the commencement of the meeting.   In addition, debtors are cautioned to bring evidence that they have made all payments due under the proposed plan to the meeting of creditors.

Request for continuance must be directed to the Trustee and are only for emergencies. LR 2003-1. The party requesting the continuance has the burden to notice to all creditors. LR 2002-1(C)(3) Failure to appear may result in a dismissal order (see notice of commencement).

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or  by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806,
MIRAMAR, FL 33027
(954)  443-4402

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION  HEARING TO AVOID DISMISSAL*