RE: Eduardo Antonio Ramirez          **PRO SE**          Case # 17-17272 LMI

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

___ Tax returns:
✓ Bank Account Statements     3 months pre-petition
     #0634 (3/9-3/31/17)

___ Check copy

✓ Explain W/D  4/18 $1300 & 6/26 $1000
___ FMV(NADA/Carmax), Reg and Payoff:Vehicles

✓ FMV and Payoff: Real Estate

___ Non homestead Information Sheet
___ Wage deduction order or motion to waive
**BUSINESS DEBTOR DOCUMENTS**
___ BDQ & attachments    Profit & Loss    Balance Sheet
___ Bank statements and checks    3 months

___ Photo ID(s)    LF 90    LF67    LF10
___ Domestic Support Info: name address and phone
✓ Affidavit of Support

___ Other provisions

___ Plan does not fund
___ Calculation errors/improper months
✓ Valuation motion has not been filed
___ LMM/MMM motion not filed
___ Reaffirm, redeem or surrender Sch D & G creditor
___ Creditor on plan not listed in Schedules or no filed POC
___ Priority debt on Sch E not in plan
___ Object or Conform to Proof of Claim
     ___ Miami-Dade County    ___ Tax Certificate(DE#___)
     ___ Dept of Revenue          ___ IRS

___ Other:

___ Fee application (see court guideline 6)
___ Income understated ___ stubs ___ taxes
    co-debtor ___ stubs ___ taxes
___ Spouse's pay advices/spouse's wages not disclosed
___ Proof of household size (government ID w/ address) and income of all adults
___ Best effort < 36 months < 60 months
___ Expenses objectionable: Sch J ☐ Provide Proof

✓ D/I >~~100%~~  ~~<90%~~  ~~Feasibility~~ 16-60
___ Info on transfer  SOFA ___ undisclosed
    ___ Tolling Agreement(s)

___ **Objection to Exemption** (specifics to be filed)
    To be heard with confirmation at 1:30 pm
___ Ch 7 s/b ___ plus tax refund / valuations
___ Good faith to unsecured
___ Expenses: documentation/calculation: CMI line

___ CMI/DI ___ x 60 =
☐ Plus income/expenses issues ☐ Trustee est. $
___ Undervalued collateral should be crammed down

Other:___

Trustee reserves the right to raise additional objections until all requested documents are timely provided.

*IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.* **The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. The debtor or debtor's attorney must appear at the confirmation hearing** The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on** AUG 24 2017 **to avoid dismissal**
**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027