# United States Bankruptcy Court
## Southern District of Florida

In re **Eduardo Antonio Ramirez**                                    Case No. **17-17272**
                        Debtor(s)                                    Chapter **13**

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's former mailing address was:**

Name:    **New World Condo**

Address: **18441 NW 2 Ave**
         **Suite 505**
         **Miami, FL 33169**

**Please be advised that effective December 21, 2017**
**The Creditor's new mailing address is:**

Name:    **New World Condo**

Address: **271 Nw 177th Street**
         **Miami, FL 33169**

/s/ Ricardo Corona
**Ricardo Corona 111333**
Authorized Signer/Title