# United States Bankruptcy Court
## Southern District of Florida

In re  **Eduardo Antonio Ramirez**  
Debtor(s)

Case No. **17-17272**  
Chapter **13**

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's former mailing address was:**

Name: **Fremont Inv**

Address: **Pob 8208**
**Orange, CA 92864**

**Please be advised that effective January 9, 2018**
**The Creditor's new mailing address is:**

Name: **Fremont Inv**

Address: **199 Fremont St.**
**San Francisco, CA 94105**

**/s/ Ricardo Corona**
**Ricardo Corona 111333**
Authorized Signer/Title